

No. 12–0503/AF. U.S. v. Michael J. Blume. CCA 37385. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to June 7, 2012.

No. 12–0504/AR. U.S. v. Roderick C. Hillian. CCA 20091104. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to June 11, 2012.

No. 12–0505/AR. U.S. v. Garrett T. Grellner. CCA 20110580. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to June 11, 2012.

No. 10–0572/AF. U.S. v. Alejandro Arriaga. CCA 37439. Review granted on the following issue:

WHETHER THE FINDING OF GUILTY TO INDECENT ASSAULT IN VIOLATION OF ARTICLE 134, UCMJ, FAILS TO STATE AN OFFENSE IN LIGHT OF *UNITED STATES v. FOSLER*, 70 M.J. 225 (C.A.A.F. 2011).

No briefs will be filed under Rule 25.

No. 11–0563/MC. U.S. v. Anthony J. Sanders. CCA 201000522. Review granted on the following issue:

WHETHER THE ADMISSION INTO EVIDENCE OF THE NAVY DRUG SCREENING LABORATORY URINALYSIS DOCUMENTS VIOLATED APPELLANT'S SIXTH AMENDMENT RIGHT TO CONFRONT THE WITNESSES AGAINST HIM.

No briefs will be filed under Rule 25.

No. 12–0009/MC. U.S. v. Brandon M. Magnan. CCA 201000414. Review granted on the following issue:

WHETHER A CONTESTED ARTICLE 134 CLAUSE 1 OR 2 SPECIFICATION THAT FAILS TO EXPRESSLY ALLEGE AN ARTICLE 134 TERMINAL ELEMENT BUT THAT WAS NOT CHALLENGED AT TRIAL STATES AN OFFENSE.

No briefs will be filed under Rule 25.

No. 12–0373/AF. U.S. v. Jose S. Monserrate. CCA S31649. Review granted on the following issue:

WHETHER, IN LIGHT OF *UNITED STATES v. FOSLER* AND *UNITED STATES v. BALLAN*, SPECIFICATION 2 OF CHARGE II FAILS TO STATE AN OFFENSE BECAUSE IT DOES NOT ALLEGE ANY OF THE THREE TERMINAL CLAUSES UNDER ARTICLE 134.

No briefs will be filed under Rule 25.

No. 12–0418/AF. U.S. v. Andrew P. Halpin. CCA S31805. Review granted on the following issues:

I. WHETHER TRIAL COUNSEL'S IMPROPER SENTENCING ARGUMENT AMOUNTED TO PROSECUTORIAL MISCONDUCT.

II. WHETHER THE MILITARY JUDGE PREJUDICIALLY ERRED WHEN HE FAILED TO STOP TRIAL COUNSEL'S IMPROPER SENTENCING ARGUMENT OR ISSUE A CURATIVE INSTRUCTION.

III. WHETHER TRIAL DEFENSE COUNSEL RENDERED INEFFECTIVE ASSISTANCE WHEN HE FAILED TO OBJECT TO TRIAL COUNSEL'S IMPROPER SENTENCING ARGUMENT.

Briefs will be filed under Rule 25.

No. 12–0149/AR. U.S. v. Christopher L. Stadel. CCA 20090820.

On further consideration of the granted issue, 71 M.J. 321 (C.A.A.F. 2012) (order granting review), and in light of *United States v. Ignacio*, 71 M.J. 125 (C.A.A.F. 2012), and *United States v. Medina*, 69 M.J. 462 (C.A.A.F. 2011), it is ordered that the decision of the United States Army Court of Criminal Appeals is hereby affirmed.

No. 11–0400/AR. U.S. v. Michael T. McNaughton. CCA 20090596. Review granted on the following issue:

WHETHER THE GOVERNMENT'S FAILURE TO ALLEGE THE TERMINAL ELEMENT OF ARTICLE 134, UCMJ, IN SPECIFICATION 3